Johnathan Lee SMITH, a/k/a Johnathan L.X. Smith, a/k/a Johnathan Lee X Smith, Plaintiff–Appellant,

v.

Lawrence WANG, M.D.; A. Giles, Nurse; P. McHalko, Nurse; D. Giles, Nurse; C. Watson, Unit Manager; M. Smith, Sergeant of Security; J. Luther, Officer; K. Underwood, Officer; J. Morrison, Officer; P. Paget, Officer; J. Brumfield, Officer; S. Farmer, Reha-

bilitation Counselor; V. Bryon, Rehabilitation Counselor; Jeffrey Dillman, Warden; John Garman, Regional Director, Defendants–Appellees.

No. 11–6052.

United States Court of Appeals, Fourth Circuit.

Submitted: May 19, 2011.

Decided: May 24, 2011.

Johnathan Lee Smith, Appellant Pro Se.

Before TRAXLER, Chief Judge, and AGEE and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Johnathan Lee Smith appeals the district court's orders dismissing without prejudice his civil rights complaint and his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Smith v. Wang*, No. 7:09–cv–00370–sgw–mfu (W.D.Va. Sept. 7, 2010; Dec. 7, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before

---

the court and argument would not aid the decisional process.

*AFFIRMED.*